UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME GREEN,<br><br>            Plaintiff,<br><br>    v.<br><br>STEPHEN RITZ,<br><br>            Defendant. | Case No. 3:19-cv-00627-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on a joint motion to Substitute Party and to Dismiss Stephen Ritz with Prejudice (Doc. 87). The motion has been signed by both parties and was submitted on September 7, 2023. The parties seek to substitute Wexford Health Services, Inc. as a defendant and dismiss all claims against Stephen Ritz with prejudice.

The Court **GRANTS** the motion. The Court **ORDERS** that **Wexford Health Services, Inc.**, be **SUBSTITUTED as a defendant**. Additionally, that **ALL claims** against **Stephen Ritz** be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to **ADD** Wexford Health Services, Inc. as a defendant to this case and **TERMINATE** Stephen Ritz as a defendant.

IT IS SO ORDERED.
DATED:  September 13, 2023

/s J. PHIL GILBERT
**J. PHIL GILBERT**
**DISTRICT JUDGE**