IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME GREEN,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br><br>Defendant. | Case No. 19-cv-627 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/18/2023**            MONICA A. STUMP, Clerk of Court

                                              *s/ Tina Gray, Deputy Clerk*

**Approved:**    *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**